Harold Black, Appellant, v. Vincent R. Impellitteri et al., Respondents.

Argued April 9, 1953; decided April 24, 1953.

*Emanuel Redfield* for appellant.

*Denis M. Hurley, Corporation Counsel* (*Anthony Curreri* and *Seymour B. Quel* of counsel), for respondents.

Motion to dismiss appeal granted and appeal dismissed, with costs, upon the ground that no substantial constitutional question is presented (see Civ. Prac. Act, § 588, subd. 1, par. [a]; *Dorsey* v. *Stuyvesant Town Corp.,* 299 N. Y. 512, 521). No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. [See 305 N. Y. 796.]